_____

No. 96-1290
_____

Michael R. Ford,                          *
                                          *
          Appellant,                      *
                                          *  Appeal from the United States
     v.                                   *  District Court for the
                                          *  Eastern District of Arkansas.
University of Arkansas Medical            *
Sciences; Service Master, Inc.,           *        [UNPUBLISHED]
                                          *
          Appellee.                       *

_____

Submitted:  September 25, 1996

Filed:  October 2, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Michael Ford appeals from the district court's[1] order dismissing his employment discrimination action for failure to comply with a court order. The district court ordered Ford three times to respond to discovery requests, provided him an extension on each occasion, and expressly warned Ford in the second and third orders that a failure to respond by the designated deadline would result in the dismissal of his action. Thus, we conclude Ford's conduct demonstrated a clear pattern of intentional delay and unfairly prejudiced defendant's ability to complete discovery and prepare for trial. See First Gen. Resources Co. v. Elton Leather Corp., 958 F.2d 204, 206 (8th Cir. 1992).

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.